UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAVEFORM TELEMEDIA, INC.,

                      *Plaintiff,*

     - v -

PANORAMA WEATHER NORTH AMERICA, INC., SITOUR, NORTH AMERICA d/b/a SITOUR USA, and RECREATION RESORT NETWORK, INC,

                      *Defendants.*

Case No. 07 CIV 10669

Judge Karas

Rule 7.1 Statement

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WAVEFORM TELEMEDIA, INC. ( a private non-government party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                      NONE

Date: 11-29-07

Signature of Attorney
John Loveless (JJL 8715)