SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10112
(212) 643-7000
Attorneys for Defendant Nordstrom, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PH INTERNATIONAL TRADING CORP., D/B/A HANA K, <br><br> Plaintiff, <br><br> v. <br><br> NORDSTROM, INC., <br><br> Defendant. | Civil Action No. 07-10680 (KMK) <br><br> **DEMAND FOR COMPLAINT** |

PLEASE TAKE NOTICE that, defendant Nordstrom, Inc., by and through its undersigned attorneys, hereby demands a copy of plaintiff's complaint within twenty (20) days hereof.

Dated: December 6, 2007

SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10112
(973) 643-7000
Attorneys for Defendant Nordstrom, Inc.

By: _____
Mark S. Olinsky
Marc D. Youngelson