# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PH INTERNATIONAL TRADING CO d/b/a
HANA K,

                                    Plaintiff

                    -v-

NORDSTROM, INC.

                                    Defendant.

Case No. 07 CV 10680

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PH International Trading Corp., d/b/a Hana K          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** January 2, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** AK-7851