```
USDS SDNY
DOCUMENT
ELECTR[ONICA]LLY FILED
DOC #: _____
DATE FILED: _____
```

SILLS CUMMIS & GROSS P.C.
One Rockefeller Plaza
New York, New York 10112
(212) 643-7000
Attorneys for Defendant Nordstrom, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PH INTERNATIONAL TRADING CORP.,
D/B/A HANA K,

        Plaintiff,

v.

NORDSTROM, INC.,

        Defendant.

Civil Action No. 07-10680 (KMK)

---

    WHEREAS, the time for defendant Nordstrom, Inc. ("Nordstrom") answer, move or otherwise respond to the complaint of plaintiff PH International Trading Corp. ("PH International") in the above-captioned action currently is January 28, 2008; and

    WHEREAS, Nordstrom has filed a request for a pre-motion conference with the Court to address a motion to dismiss Nordstrom desires to file; and

    WHEREAS, PH International has agreed to extend Nordstrom's time to move or otherwise respond to PH International's complaint through and including February 15, 2008; and

    WHEREAS, no prior extensions of time to move or otherwise respond to PH International's complaint have been requested;

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel, and it is SO ORDERED by the Court, that Nordstrom's time to move or

otherwise respond to PH International's complaint shall be extended through and including Friday, February 15, 2008.

Dated: January 23, 2008

ALLEN J. KOZUPSKY, ESQ.

_____
Allen Kozupsky (AK-7851)
672C Heritage Hills
Somers, New York 10589
Attorneys for plaintiff
914-277-2823

SILLS CUMMIS & GROSS, P.C.

_____
Marc D. Youngelson (MY-1494)
One Rockefeller Plaza
New York, New York 10020
212-643-7000
Attorneys for defendant

SO ORDERED:

_____
Hon. Kenneth M. Karas, U.S.D.J.

January 25, 2008
White Plains, NY