# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

MARC D. YOUNGELSON
ASSOCIATE
PHONE: (212) 643-7000
E-MAIL: MYOUNGELSON@SILLSCUMMIS.COM

**MEMO ENDORSED**

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
TEL: 973-643-7000
FAX: 973-643-6500

650 COLLEGE ROAD EAST
PRINCETON, NJ 08540
TEL: 609-227-4600
FAX: 609-227-4646

January 29, 2008

**Via Fedex**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    Re:    PH International Trading Corp., d/b/a Ilana K v. Nordstrom, Inc.
             Case No. 07-10680 (KMK)

Dear Judge Karas:

    We represent defendant Nordstrom, Inc. ("Nordstrom") in the above-referenced action (the "Action"). We write to request the Court's guidance concerning Nordstrom's request for a pre-motion conference to address Nordstrom's anticipated motion to dismiss plaintiff's claims in the Action as being barred by the four year statute of limitations under New York's Uniform Commercial Code.

    By letter dated January 16, 2008, Nordstrom requested a pre-motion conference pursuant to the Court's individual rules. The time for plaintiff to submit a response to Nordstrom's request has passed, and, in fact, counsel for plaintiff has advised me that plaintiff has no objection to Nordstrom's filing its motion.

    Accordingly, Nordstrom respectfully requests the Court's guidance with respect to whether (i) the Court wishes to hold a pre-motion conference concerning Nordstrom's motion to dismiss; or (ii) Nordstrom may proceed with preparing and filing its motion. Nordstrom's deadline to move or otherwise respond to plaintiff's complaint currently is February 15, 2008.

Hon. Kenneth M. Karas, U.S.D.J.
January 29, 2008
Page 2

      We are available by teleconference to discuss the foregoing at the Court's convenience. Thank you.

Respectfully submitted,

Marc D. Youngelson

cc:    Allen Kozupsky, Esq., Counsel to Plaintiff (via e-mail and regular mail)

---

*The Court will hold a pre-motion conference on February 29, 2008, at 2:00. Plaintiff is directed to respond to Defendant's January 16, 2008 letter by February 8, 2008, as it was required to do under the Court's Individual Practices.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
1/31/08