AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07-CV-10680

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, PH INTERNATIONAL TRADING CORP. d/b/a/ Hana K

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/2/2008 | *(signature)* |
| Date | Signature |
| | ALLEN J. KOZUPSKY    AK-7851 |
| | Print Name    Bar Number |
| | 672C Heritage Hills |
| | Address |
| | Somers    NY    10589 |
| | City    State    Zip Code |
| | (914) 277-2823    (914) 277-4374 |
| | Phone Number    Fax Number |