# CERTIFICATE OF SERVICE

I Certify that I am over 18 years of age and not a party to this litigation and that on this date, I caused a true copy of the foregoing Complaint to be served via regular mail with a courtesy copy sent via e-mail upon:

SILLS CUMMIS EPSTEIN & GROSS
One Riverfront Plaza
Newark, NJ 07102-5400
Attn: Marc D. Youngelson, Esq.

Dated: January 4, 2008

Matthew A. Blank, Esq.