# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

**MEMO ENDORSED**

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
TEL: 973-643-7000
FAX: 973-643-6500

MARC D. YOUNGELSON
ASSOCIATE
PHONE: (212) 643-7000
E-MAIL: MYOUNGELSON@SILLSCUMMIS.COM

650 COLLEGE ROAD EAST
PRINCETON, NJ 08540
TEL: 609-227-4600
FAX: 609-227-4646

February 5, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**Via Fedex**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601

Re:   PH International Trading Corp., d/b/a Hana K v. Nordstrom, Inc.
      Case No. 07-10680 (KMK)

Dear Judge Karas:

We represent defendant Nordstrom, Inc. ("Nordstrom") in the above-referenced action (the "Action"). We received the Court's January 31, 2008 order scheduling a pre-motion conference (the "Conference") regarding Nordstrom's anticipated motion to dismiss for February 29, 2008 at 2:00 PM. Nordstrom's time to move or otherwise respond to plaintiff's complaint in the Action currently expires on February 15, 2008. In view of the Conference date, we respectfully request that the Court (i) adjourn Nordstrom's time to move or respond to plaintiff's complaint until the Conference, and (ii) set an appropriate new deadline for Nordstrom to move or respond at the Conference. Thank you.

Respectfully submitted,

*[signature]*

Marc D. Youngelson

cc:   Allen Kozupsky, Esq., Counsel to Plaintiff (via e-mail and regular mail)

SO ORDERED

*[signature]*

KENNETH M. KARAS U.S.D.J.