# ALLEN J. KOZUPSKY
ATTORNEY AT LAW
672C HERITAGE HILLS
SOMERS, NEW YORK 10589
914-277-2823 - NY OFFICE
914-420-4060 - CEL.

AKOZUPSKY@AOL.COM

February 7, 2008

Honorable. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

Re: PH International Trading Corp. d/b/a Hank K v. Nordstrom, Inc.
Case No. 07-10680 (KMK)

Dear Judge Karas:

In response to defendant's letter of 1/16/08, please be advised that plaintiff has no objection to defendant making its proposed motion at this time, since the same motion would be made by plaintiff after defendant served its answer and inserted affirmative defenses of improper service and lack of jurisdiction pursuant to section 306b of the New York CPLR. As can be seen in defendant's letter dated 1/16/08, the court has wide discretion in permitting late service of process and the cases permit late service based upon the facts. As will be shown in its response to this motion, plaintiff's late service while unfortunate, it is certainly excusable.

Based upon the above, plaintiff further believes that defendant should be allowed to withhold its answer to plaintiff's complaint until this motion is dealt with by this court.

Respectfully submitted,

Allen J. Kozupsky

cc: Sill Cummis & Gross, attorneys for Defendant